| PROB 22 (Rev. 1/24) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 1:19CR00130 (22) |

### TRANSFER OF JURISDICTION

| | 6 DOCKET NUMBER *(Rec. Court)* |
| --- | --- |
| | 2:25-cr-00196-CDS-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Ohio Southern | Cincinnati |

**Joel Salcedo**

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

**JULY 1 2025**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:____ **AMMi** DEPUTY

| NAME OF SENTENCING JUDGE |
| --- |
| Matthew W. McFarland, United States District Court |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | 1/29/2024 | 01/28/2029 |

| OFFENSE |
| --- |
| Conspiracy to Possess with the Intent to Distribute 50 Grams or More of Methamphetamine |

| JUSTIFICATION/REASON FOR TRANSFER *(e.g., prosocial ties, employment/educational opportunities, violation of supervision)* |
| --- |
| Mr. Salcedo currently resides in the District of Nevada and continues to be compliant under supervision. He has no plans of returning to the Southern District of Ohio, therefore the District of Nevada has requested jurisdiction of his case. |

| PART 1 - ORDER TRANSFERRING JURISDICTION |
| --- |

UNITED STATES DISTRICT COURT FOR THE   **Southern District of Ohio**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   **District of Nevada**   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

*July 1, 2025*
*Date*

*Matthew W. McFarland*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

| PART 2 - ORDER ACCEPTING JURISDICTION |
| --- |

UNITED STATES DISTRICT COURT FOR THE   **District of Nevada**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 3, 2025
*Effective Date*

Cristina D. Silva, *United States District Judge*